Dismissed and Memorandum Opinion filed July 27, 2006








Dismissed
and Memorandum Opinion filed July 27, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00486-CV

____________

 

WESTERN SURETY COMPANY,
Appellant

 

V.

 

PREMIER STEEL BUILDINGS,
Appellee

 



 

On Appeal from County Civil Court
at Law No. 3

Harris County ,
Texas

Trial Court Cause No.
847,906

 



 

M E M O R
A N D U M  O P I N I O N

This
appeal is from a judgment signed February 21, 2006.  No clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  

On June
26, 2006, notification was transmitted to all parties of the Court's intent to
dismiss the appeal for want of prosecution unless, within fifteen days,
appellant paid or made arrangements to pay for the record and provided this
court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant
filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed July
27, 2006.

Panel consists of Justices Hudson, Fowler, and
Seymore.